**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Jolene Papineau

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR.S-08-263 FCD |
| Plaintiff, | STIPULATION AND ORDER ADVANCING SENTENCING |
| vs. | |
| | Date: November 16, 2009 |
| | Time: 10:00 AM |
| JOLENE PAPINEAU | Court: FRANK C. DAMRELL, JR. |
| Defendant | |

    The parties, with the concurrence of the United States Probation Officer, Teresa Hoffman, request sentencing in the above referenced matter be advanced to Monday, November 16, 2009 at 10:00 AM.

    Accordingly, it is hereby stipulated by all parties that the sentencing in this matter, be advanced to November 16, 2009, at 10:00 AM.

-1-

**IT IS SO STIPULATED:**

/S/ MATHEW SEGAL, Esq.                          November 13, 2009
Mathew Segal,
Assistant United States Attorney
Counsel the United States


/S/ MICHAEL BRADY BIGELOW, Esq.                 November 13, 2009
Michael B. Bigelow
Counsel for Ms. Papineau


**ORDER**

**IT IS HEREBY ORDERED** that the sentencing in the above entitled case, be advanced to **November 16, 2009 at 10:00 AM.**

Dated:   November 13, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE