FILED

NOV 16 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:08-CR-0263 FCD |
| vs. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| JOLENE PAPINEAU, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JOLENE PAPINEAU, Case No. CR.S-08-0263 FCD, Charge 18 U.S.C. § 2314 - Interstate Transportation of Money Obtained by Fraud, from custody subject to the conditions listed below:

    _X_   Release on Personal Recognizance

    ___   Bail Posted in the Sum of $ [ ]

          ___   Unsecured Appearance Bond

          ___   Appearance Bond with 10% Deposit

1       \_\_  Appearance Bond with Surety

2       \_\_  Corporate Surety Bail Bond

3       _X_  (Other) [Defendant sentenced to TIME SERVED in open court on November 16, 2009. Defendant shall comply with all conditions of supervision as noted in court and which shall be listed in the written Judgment to issue].

Issued at Sacramento, California on November 16, 2009, at 10:30 a.m.

Dated: November 16, 2009

/s/ Frank C. Damrell, Jr.
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

PAPINEAU, JOLENE release order.wpd            2